UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-22267-BLOOM/Elfenbein

BFL METAL PRODUCTS CO. LTD,

    Plaintiff,

v.

RDFN FUM NATURAL PRODUCTS, LTD.,
BRAEDEN W. PAULS, and
JOSIAH H. PAULS,

    Defendants.

_____/

**ORDER ON MOTION TO DISQUALIFY**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Disqualify Defendants' Counsel, ECF No. [27] ("Motion"), filed on November 27, 2024. The Court held a hearing on the Motion and heard oral arguments on February 26, 2025. The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons stated on the record, the Motion is granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [27]**, **is GRANTED**. Defendants shall notify the Court of its newly retained counsel on or before March 28, 2025.

2. All discovery deadlines are stayed pending Defendants' retention of new counsel.

3. No additional filings be made until Defendants have retained new counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 26, 2025.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record